UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                    Plaintiffs,

                  v.

BAKER COLLEGE,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-349

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BAKER

COLLEGE, with prejudice and without fees and costs.

Dated: New York, New York
       April 19, 2023

                             **GOTTLIEB & ASSOCIATES**

                             */s/Michael A. LaBollita, Esq.*

                     Michael A. LaBollita, Esq., (ML-9985)
                         150 East 18th Street, Suite PHR
                             New York, NY 10003
                             Phone: (212) 228-9795
                             Fax: (212) 982-6284
                             Michael@Gottlieb.legal

                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge